**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Lissa Yellow Bird-Chase, | ) | |
| | ) | **ORDER FOR MID-DISCOVERY** |
| Plaintiff, | ) | **STATUS CONFERENCE** |
| | ) | |
| v. | ) | |
| | ) | |
| The United States of America, | ) | |
| | ) | Case No. 1:22-cv-156 |
| Defendant. | ) | |

---

**IT IS ORDERED**:

A mid-discovery status conference will be held on May 22, 2023 at 1:30 PM before the magistrate judge by telephone.  The conference shall be attended by lead counsel for each party, with authorization to bind the party on all matters addressed at the conference.  To participate in the conference, the parties shall call (877) 810-9415 and enter access code 8992581.  The conference may be recorded for the convenience of the court.

Dated this 10th day of January, 2023.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court