UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

---

LISSA YELLOW BIRD-CHASE,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA,

    Defendant.

Case No. 1:22-cv-00156-DMT-CRH

**MOTION TO WITHDRAW NICOLE J. SCHLADT AS COUNSEL**

---

Pursuant to Local Rule 1.3(F)(3), the undersigned counsel respectfully moves for an order to withdraw Nicole J. Schladt as counsel for Plaintiff in the above-captioned matter. Nicole J. Schladt is leaving Nichols Kaster, PLLP on March 24, 2023. Anna P. Prakash and Brock J. Specht of Nichols Kaster, PLLP; Matthew C. Helland of Nichols Kaster, LLP; and Stephanie Amiotte and Andrew Malone of American Civil Liberties Union of North Dakota remain as counsel of record for Plaintiff.

A copy of this motion was served upon Plaintiff Lissa Yellow-Bird Chase on March 22, 2023.

Dated:  March 22, 2023

**NICHOLS KASTER, PLLP**

s/Nicole J. Schladt
Nicole J. Schladt, MN Bar No. 0400234
Brock J. Specht, MN Bar No. 0388343
Anna P. Prakash, MN Bar No. 0351362
4700 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone (612) 256-3200

Fax (612) 338-4878
bspecht@nka.com
aprakash@nka.com
nschladt@nka.com

**NICHOLS KASTER, LLP**

Matthew C. Helland CA Bar No. 250451
235 Montgomery St., Suite 810
San Francisco, CA 94104
Telephone: (415) 277-7235
Facsimile: (415) 277-7238
helland@nka.com

**AMERICAN CIVIL LIBERTIES UNION OF NORTH DAKOTA**
Stephanie Amiotte, SD Bar No. 3116*
Andrew Malone, SD Bar No. 5186*
P.O Box 91952
Sioux Falls, SD 57109
605-332-2508
samiotte@aclu.org
amalone@aclu.org

ATTORNEYS FOR PLAINTIFF