IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| LISSA YELLOW BIRD-CHASE,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No. 1:22-cv-156<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Lissa Yellow Bird-Chase and Defendant United States of America, by and through the undersigned, stipulate and agree that the above-captioned case should be dismissed with prejudice. The parties shall pay their own costs.

LISSA YELLOW BIRD-CHASE

By: *[signature]* Lissa Yellow Bird-Chase

MAC SCHNEIDER
United States Attorney

By: *[signature]*
Michael D. Schoepf, ND 07976
Melissa Helen Burkland, WI 1071443
Assistant United States Attorneys
P.O. Box 699
Bismarck ND 58502-0699
(701) 530-2420
michael.schoepf@usdoj.gov
melissa.burkland@usdoj.gov