## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Lisa Yellow Bird-Chase,<br><br>                              Plaintiff,<br><br>vs.<br><br>The United States of America,<br><br>                              Defendant. | Case No. 1:22-cv-00156 |

---

### ORDER ADOPTING STIPULATION FOR DISMISSAL WITH PREJUDICE

---

[¶ 1]    THIS MATTER comes before the Court upon a Stipulation of Dismissal with Prejudice filed on January 31, 2024. Doc. No. 36. The Parties agree the case should be dismissed with prejudice. Id. They further stipulate to pay their own costs. Id.

[¶ 2]    Upon consideration, the Court **ADOPTS** the Stipulation in its entirety. It is therefore **ORDERED** that this case is **DISMISSED with prejudice** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The Parties shall bear their own costs.

[¶ 3]    **IT IS SO ORDERED.**

   DATED February 1, 2024.

Daniel M. Traynor, District Judge
United States District Court